IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| AMIT SINHA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:24-cv-1059 |
| v. | ) |
| | ) **Jury Trial Demanded.** |
| BRADLEY UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 10th day of April, 2025, she served a copy of ***Plaintiff's Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)*** by electronic mail to:

William R. Kohlhase
Miller, Hall & Triggs, LLC
416 Main Street, Suite 1125
Peoria, Illinois 61602
Email: william.kohlhase@mhtlaw.com

As requested by the Federal Court of the Central District of Illinois, the original of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk using the CM/ECF system disclosing that copies were served as stated therein.

Amit Sinha,
Plaintiff

By: /s/ *Julie L. Galassi*
JULIE L. GALASSI, ARDC NO. 6198035
HASSELBERG, ROCK, BELL & KUPPLER, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614
Telephone: (309) 688-9400
Facsimile: (309) 688-9430
Email: jgalassi@hrbklaw.com